IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JARVIS DALE CRONIN
and ANNA CRONIN                                                PLAINTIFFS

    vs.                CASE No. 05-CV-2016

AMR CORPORATION,
AMERICAN AIRLINES, INC.,
JOHN DOE 1, and JOHN DOE 2                                     DEFENDANTS

## **ORDER**

Now on this 24th day of January, 2006, there comes on for consideration the above-styled and numbered cause. The Court, being well and sufficiently advised in the premises, and all issues having been resolved to the satisfaction of the parties, finds that this matter should be and is hereby DISMISSED with prejudice, with each party to bear its own costs and attorney fees.

IT IS SO ORDERED.

/S/ *Robert T. Dawson*
      Robert T. Dawson
      United States District Judge